UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUNTER HADDAWAY, PAUL MCCREARY, and ROBERT STURGIS,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>Defendants. | Case No. 2:25-cv-01876-ART-NJK<br><br>ORDER DENYING MOTION TO WITHDRAW |

Plaintiff Paul McCreary moves to withdraw from this case, arguing that he does not want to pursue it or receive further notifications. (ECF No. 21). McCreary's motion is moot. This action was dismissed and closed on February 9, judgment was entered the same day, and the mandate on the Ninth Circuit's order dismissing the only appeal in this action issued on June 2, 2026. (ECF Nos. 15, 16, 22).

I.    CONCLUSION

It is therefore ordered that Plaintiff Paul McCreary's motion to withdraw (ECF No. 21) is denied as moot. The parties are advised that they must not file additional documents in this closed case.

DATED: June 8, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1